IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CEDRIK A. ALFORD,[1]

    Petitioner,

vs.                                      Case No. 4:10cv504-SPM/WCS

WALTER A. McNEIL,

    Respondent.
_____/

## REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and motion to proceed in forma pauperis. Doc. 1. He did not pay the $ 5.00 filing fee or file a motion to proceed in forma pauperis.

Petitioner is currently incarcerated at Marion Correctional Institution, and challenges the judgment of the Fourth Judicial Circuit Court in Duval County, Florida.

---

[1] Petitioner's name in the style of the § 2254 pleading is Cedrick A. Alford, a.k.a. Cedric McDonald, a.k.a. Cedric Alford. Doc. 1, p. 1. His name is written as Cedric Alford a.k.a. Cedric McDonald under his signature. *Id.*, p. 16 (p. 15 of the document as scanned in ECF) (Electronic Case Filing). On his state court motion, it is Cedrik A. Alford a.k.a. Cedrik McDonald. Doc. 1, Ex. A, p. 1 (p. 18 in ECF). The court uses Petitioner's committed name, as it appears on the website of the Florida Department of Corrections (which also lists his various aliases).

Jurisdiction is appropriate in Middle District of Florida, as the districts of both confinement and conviction.  28 U.S.C. § 2241(d).  Transfer to the Middle District is therefore appropriate.  *Id.*

It is therefore respectfully **RECOMMENDED** that the case file and any service copies be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida on November 16, 209.

    s/   William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO PARTIES

Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.